JS-6/ENTER

FILED
JUN - 7 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COOPER LEE PARTNER, JR., <br>     Petitioner, <br>     v. <br> SUPERIOR COURT OF THE COUNTY OF LOS ANGELES, <br>     Respondent. | Case No. CV 11-3972-R (MLG) <br><br> JUDGMENT |

    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: _June 7, 2011_

_____
Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY